

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. J. Muller
County Attorney
Kinney County
Brackettville, Texas

Dear Sir:

Opinion Number O-3807
Re: Is notice by publication re-
quired for notice of an elec-
tion to be held for the issu-
ance of bonds by an independent
school district?

We acknowledge receipt of your opinion request of
recent date and quote from your letter as follows:

"The trustees of Brackett Independent School
District contemplate calling an election for
the issuance of bonds; they have asked me for
an opinion as to the legal notice or notices
required. I gave them an opinion that only such
notice as called for in Article 2785 of our stat-
utes, as amended, that is, the posting of notice
in three places in the district, was all the law
required, however, the Secretary of the Board
informed that our Representative Huffmann stated
to him that there was enacted by the recent Legis-
lature a law requiring notice by publication as
well as posting of notice for the issuance of in-
dependent school district bonds. If such a law
was passed same has not as yet been received here.

"Will you therefore please advise whether or
not notice by publication is required for the
notice of an election to be held for the issuance
of bonds by an independent school district?"

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable W. J. Muller, page #2

The question submitted by you is controlled by Article 2785, Vernon's Annotated Civil Statutes, which reads, in part, as follows:

" * * * On presentation of said petition, said officer or officers shall order an election for such purpose, and order the sheriff to post notices thereof in three (3) places in the district for ten (10) days prior thereto, or if for an independent district, the secretary of said board of trustees shall post such notices. * * *"

Therefore, you are respectfully advised that the only notice required is that stated in the above quoted article, which requires said notice of the issuance of bonds by any independent school district to be posted in three public places ten (10) days prior to the election.

In connection with this request we have carefully studied House Bill 193, Forty-seventh Legislature, and we are of the opinion that this bill does not apply to independent school district bond elections.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Claud O. Boothman
Assistant

APPROVED OCT 22, 1941

COB-s